UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
In re:                                              Chapter 13
                                                    Case No.: 18-37091(cgm)

Dakota Keyes,

          Debtor.
-------------------------------------------------------------------X

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS
## AND OTHER DOCUMENTS

TO ALL PARTIES:

PLEASE TAKE NOTICE that Francis J. O'Reilly, Esq., hereby enters an appearance on behalf of the debtor, Dakota Keyes.

PLEASE TAKE FURTHER NOTICE that request is hereby made pursuant to Section 1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002 and 9007 that all notices given or required to be given in this case and all pleadings and other papers filed in the above matter be directed to the following:

> Francis J. O'Reilly, Esq.
> 1961 Route 6
> Carmel, NY 10512

Dated: Carmel, New York
       November 27, 2019

> Law Office of Francis J. O'Reilly, Esq.
>
> By:  /s/ Francis J. O'Reilly (fo0473)
>      1961 Route 6
>      Carmel, NY 10512
>      (845) 225-5800 – Telephone
>      (845) 225-5906 – Facsimile
>      foreilly@verizon.net