# LAW OFFICES OF WENARSKY AND GOLDSTEIN, LLC

**JACK E. WENARSKY, ESQ.**\*\*
**SCOTT J. GOLDSTEIN, ESQ.**\*\*
\*\***ADMITTED IN NY AND NJ**

**LEDGEWOOD**
410 STATE ROUTE 10 WEST, STE 214
LEDGEWOOD, NJ 07852

**ATTORNEY'S CONTACT**
Scott J. Goldstein
Direct Phone:    (973) 453-2871
Direct Email:    Scott@wg-attorneys.com

**NEW YORK CITY**
43 WEST 43RD STREET, STE 188
NEW YORK, NY 10036
BY APPOINTMENT ONLY

February 23, 2024

**Via CM/ECF**
Honorable Cecelia G. Morris
355 Main Street
Poughkeepsie, NY 12601-3315

          **In re: Dakota Keyes Case No. 18-37091**
               **Chapter 13 Bankruptcy**

Dear Judge Morris:

    This letter will confirm that the within matter, currently scheduled for February 27, 2024 is hereby rescheduled for April 2, 2024 at 9:00 am. This adjournment is done with the consent of the Trustee and all interested parties.

    If the Court needs additional information, please contact me.

                                                                                          Respectfully,

                                                               /s/Scott J. Goldstein
                                                                  Scott J. Goldstein, Esq.

**North Jersey Office**

410 State Route 10 West, Ste 214
Ledgewood, NJ 07852

Tel:  973-927-5100
Fax:  973-927-5252

info@wg-attorneys.com
www.wg-attorneys.com

**New York Office**

43 West 43rd Street, Ste 188
New York, NY 10036-7424

By Appointment Only